BAUER, Appellant, v. EAGLE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Ruth L. Bauer against the Eagle Insurance Company. W. P. Butler, for appel-

lant. E. H. Sykes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.